IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

TIMOTHY F. CHENAULT,

                              Plaintiff,

        v.

BERNIE GUISTO, et al.,

                              Defendants.

Civil No. 05-3040-CO

O R D E R

        Magistrate Judge Cooney filed his Findings and Recommendation on August 26,

2005.  The matter is now before me.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

No objections have been timely filed.  This relieves me of my obligation to give the factual

findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir.

1982).  See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

Having reviewed the legal principles de novo, I find no error.

        THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Cooney's Findings and

Recommendation.

        Dated this  11  day of October, 2005.


                    _____
                              /s/ Ann Aiken
                    Ann Aiken, United States District Judge